**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'06 MAR 02 11:04USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Diana Cottam

        **Plaintiff,**

vs.                                                                    Civil No. 05-cv-0111-AS

**Commissioner of Social Security**

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$28.64**, costs in the amount of **$10.30**, and attorney's fees in the amount of **$4375.03** for total in the amount of **$4413.97**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this ___ day of _____, 2006.

                                                  _____
                                                  Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**